UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>v.<br><br>AMY LYNNE WOLF,<br><br>                              Defendant. | Case No.: 3:04-CR-00155-LRH-CLB<br><br>MINUTE ORDER<br><br>Date:  February 15, 2022 |

PRESENT:  <u>THE HONORABLE LARRY R. HICKS</u>, UNITED STATES DISTRICT JUDGE

DEPUTY CLERK:  <u>   NONE APPEARING   </u>      REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>      NONE APPEARING      </u>

COUNSEL FOR DEFENDANT(S):  <u>      NONE APPEARING      </u>

**MINUTE ORDER IN CHAMBERS**:

    On August 19, 2005, Defendant Amy Wolf pled guilty to counts one through three of the Superseding Misdemeanor Information (ECF No. 25), before U.S. Magistrate Judge Valerie P. Cooke.  On November 17, 2005, U.S. Magistrate Judge Valerie P. Cooke sentenced Wolf to forty-eight (48) months, probation and ordered Wolf to pay restitution in the amount of $7,867.32 Jointly/Severally, with interest, payable "jointly and severally" with any/all co-conspirators, at the rate of no less than 10% of gross income, subject to an adjustment by the court based upon ability to pay.  Wolf completed her supervised probation on November 18, 2009.  On January 26, 2022, Wolf filed a motion to expunge her criminal record (ECF No. 48).

    **IT IS THEREFORE ORDERED** the Government shall file a response to the motion to expunge (ECF No. 48) on or before Friday, March 4, 2022.

    **IT IS SO ORDERED**.

                                                                              DEBRA K. KEMPI, CLERK

                                                                              By:  <u>          /s/          </u>

                                                                                        Deputy Clerk